# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID−VALLEY INVESTMENT CO., LLC, | Case No. 1:25-cv-00945-KES-FRS (SAB) |
| Plaintiff, | ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE JOINT SCHEDULING REPORT |
| v. | |
| FEDERAL CROP INSURANCE CORPORATION, et al., | |
| Defendants. | **DEADLINE: FEBRUARY 27, 2026** |

A scheduling conference is set for March 3, 2026 in this matter.  (ECF No. 13.)  The parties were ordered to file a joint scheduling report one full week prior to the scheduling conference. (ECF No. 9.)  No joint report has been filed in this action.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require the parties to show cause why monetary sanctions should not issue for the failure to file a joint report in compliance with order setting the mandatory scheduling

1

conference.

Accordingly, IT IS HEREBY ORDERED that:

1.    The parties shall show cause in writing no later than **February 27, 2026** why monetary sanctions should not issue for the failure to file a joint scheduling report as required by the February 19, 2026 order (ECF No. 13);

2.    The parties shall file a joint scheduling report no later than **February 27, 2026** as required by the February 19, 2026 order (ECF No. 13); and

3.    Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:    **February 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2