# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

MID-VALLEY INVESTMENT CO., LLC,

Plaintiff,

v.

FEDERAL CROP INSURANCE
CORPORATION, et al.,

Defendants.

Case No.  1:25-cv-00945-KES-FRS (SAB)

ORDER DISCHARGING ORDER TO SHOW
CAUSE

(ECF No. 14)

On February 27, 2026, the Court issued an order requiring the parties to show cause why sanctions should not be imposed for failure to file a joint scheduling report one full week prior to the March 3, 2026 scheduling conference as required by the Court's February 19, 2026 order. (ECF Nos. 13, 14.)  The same day, Plaintiff filed a response to the order to show cause indicating that counsel for the parties had met and conferred on February 10, 2026 to discuss the Rule 27(f) joint scheduling report and related record preparation and briefing timelines.  (ECF No. 17.) Plaintiff further indicated that the parties shared the understanding that this action, as an action for review on an administrative record, is exempt from Fed. R. Civ. P. 26(f) pursuant to Rules 26(f)(1) and 26(a)(1)(B)(i), and that non-Social Security administrative record cases typically proceed according to Local Rule 261.  (*Id.*)  Plaintiff states that the parties agreed to proceed with preparing the joint scheduling report, circulated a draft, and on February 13, 2026 all parties

1

approved the revised draft.  (*Id.*)  Plaintiff explains that due to a lapse in communication, Plaintiff inadvertently failed to file the final joint scheduling report upon confirmation from Defendant. (*Id.*)

Based on Plaintiff's counsel's response to the order to show cause, and because the parties have since filed the joint scheduling report, the Court shall discharge the February 27, 2026 order to show cause.  (ECF No. 14.)

Accordingly, IT IS HEREBY ORDERED that the order to show cause issued February 27, 2026, is DISCHARGED.

IT IS SO ORDERED.

Dated:    **March 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2