UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MID-VALLEY INVESTMENT Co., LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION, et al.,<br><br>Defendants. | Case No. 1:25-CV-00945-KES-FJS<br><br>ORDER TO SHOW CAUSE WHY EXTENSION OF BRIEFING SCHEDULE SHOULD BE GRANTED<br><br>(ECF No. 25) |

Plaintiff Mid-Valley Investment Co., LLC ("Plaintiff") initiated this action on August 1, 2025, against Defendants: Federal Crop Insurance Corporation, Risk Management Agency, and Pat Swanson (collectively "Defendants"). (ECF No. 1.) On March 3, 2026, the parties appeared for a scheduling conference before Magistrate Judge Stanley A. Boone. Accordingly, the court set the following deadlines in this matter:

(1) Administrative record due March 27, 2026;

(2) Plaintiff's opening summary judgment brief due May 15, 2026;

(3) Defendants' cross-motion/opposition due June 18, 2026;

(4) Plaintiff's opposition/reply due July 17, 2026;

(5) Defendants' reply brief due July 31, 2026.

(ECF No. 20.) The court explained that the dates set in its order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation. (*Id.*) The court further emphasized that stipulations extending the deadlines contained therein would not be considered unless they were accompanied by affidavits or declarations, and where appropriate, attached exhibits, which establish good cause for the relief requested. (*Id.*)

On June 4, 2026, the parties engaged in a meet and confer conference but were unable to resolve the action informally. (ECF No. 25 at 2.) Currently before the court is the parties first joint stipulation for an extension of the briefing schedule, filed on June 5, 2026. (ECF No. 25.) The parties propose the following extension and modification to the court's briefing schedule:

(1) Plaintiff's opening summary judgment brief deadline be extended from May 15, 2026, to June 18, 2026;

(2) Defendants' cross-motion/opposition brief deadline shall be extended from June 18, 2026, to July 17, 2026;

(3) Plaintiff's opposition/reply brief deadline shall be extended from July 17, 2026, to August 14, 2026;

(4) Defendants' reply brief deadline shall be extended from July 31, 2026, to August 28, 2026.

(*Id.*) Yet, the parties did not attach any affidavits or declarations to establish good cause for granting the relief requested. Accordingly, the parties are ORDERED to show cause within fourteen (14) days of the date of service of this order why the court should grant an extension of the briefing schedule. (*See* ECF No. 20.) Alternatively, within that same time, the parties may file an amended stipulation for an extension to the briefing schedule with accompanying affidavits or exhibits setting forth good cause for an extension.

IT IS SO ORDERED.

Dated:   **June 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE