IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-VALLEY INVESTMENT CO., LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>FEDERAL CROP INSURANCE<br>CORPORATION, et al.,<br><br>     Defendants. | CASE NO. 1:25-CV-00945-KES-FJS<br><br>ORDER GRANTING STIPULATION TO SET<br>NEW BRIEFING DEADLINES<br><br>(ECF No. 27) |

This matter came to the court pursuant to the parties' stipulation (ECF No. 27) to set new summary judgment briefing deadlines for this Administrative Procedure Act case. Finding good cause, the court hereby ORDERS the following schedule:

| Event | Date |
|---|---|
| Plaintiff's Motion for Summary Judgment | June 25, 2026 |
| Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | July 24, 2026 |
| Plaintiff's Combined Opposition to Defendants' Motion and Reply Supporting Plaintiff's Motion | August 21, 2026 |
| Defendants' Reply Supporting Cross-Motion | September 4, 2026 |

The parties' briefing shall be governed by Local Rule 261.

IT IS SO ORDERED.

 Dated:  **June 18, 2026**                           
             UNITED STATES MAGISTRATE JUDGE